FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Jorge Parra  68645-054
(Name of Plaintiff)   (Inmate Number)

F.C.I Schuylkill, P.O. Box 759, Minersville PA 17954
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Scott Finley   Warden
(2) Mr. Radle   Corr. Officer
(3) Michael Bailey   PLLP Lawyer
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

Case Number: 1:21-CV-0973

CIVIL COMPLAINT

FILED SCRANTON
MAY 28 2021
PER _____ DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Filed A standard form 95 FTCA claim for damage, injury or death was denied Denied on Oct 27, 2020 Claim No TKT-NER-2021-0048 Northeast Regional Office Philadelphia, PA 19106 / Darrin Howard Regional Cansel

1

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Exhausted the process Informal, BP-9, BP-10, BP-11

2. What was the result? All Levels Denied

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS

(1) Name of first defendant: Scott Finley
Employed as Warden at F.C.I Schuylkill
Mailing address: F.C.I Schuylkill P.O. Box 759, Minersville, PA 17954

(2) Name of second defendant: Mr. Radle
Employed as C.O / electrical detail Super. at F.C.I Schuylkill
Mailing address: P.O. Box 759, Minersville, PA 17954

(3) Name of third defendant: Michael Bailey
Employed as Some form of Counsel at Pennsylvania Institutional Law Project
Mailing address: 718 Arch Street Suite 304S Philadelphia PA 19106

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

claim 1. On Aug 17, 2019, Parra was on detail working for the electrical dept at FCI Schuylkill. Officer Radle, who was in charge of my work detail instructed me to change a light fixture in the prison's messhall. Officer Radle had not cut off the main power and had failed to follow strict procedures in that regard. I was at once electrocuted with over 277 volts of electricity for a period exceeding 5 seconds. Officer Radle and other staff witnessed this event, yet did nothing in reaction to come aid me at all. An inmate that was part of my detail seen what was taking place, ran over and kicked the scaffolding from under me which ultimately helped in cutting contact with live wire. I suffered 2nd degree burns on my hands, an electrical exit wound on my right index finger, abrasions and cuts

conditions that the Institution does not take serious. I have also been consistently in contact with the

2. mental health department due to constant unrelenting migraines and post traumatic nightmares that vividly keep me reliving this almost fatal experience. I began and exhausted the administrative Remedy with Final denial coming on April 7 2020. I filed a tort claim, Claim No TRT-NER-2021-00046 that was also denied on Oct 27, 2020. I believe I was purposely misinformed of the correct process to pursue in seeking remedy for my work related injuries. I was given a standard form 95 to fill out but was advised

3. by another inmate recently that the proper avenue is the "Inmate Accident Compensation System" and the proper vehicle for remedy is through Prison Compensation law.

Claim 2 The Safety Officer at the time, Officer L. Yohe, who is in charge of making inmates injured on the job aware of their rights to seek remedy and relief
*(continuation see attached)

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Seeking Compensation from BOP in the form of damages as Remedy for injuries sustained while on the job. Also further Compensation for BOP not making or informing me of the right vehicle to pursue, making the correct process

2. unavailable. And Sanctions in the form of any legal fee's incurred from this point on to be paid by Mr. Bailey and PILP for obstructing and delaying Action

3.

3

never once advised me of filing under the inmate Accident Compensation system nor that the institution has a prison compensation law that governs this for of Action. He made process unavailable.

Claim 3. Mr Michael Bailey from The Pennsylvania Institutional Law Project (PILP) was someone I reached out for representation in this matter. In a little under a year, Mr Bailey requested and received from me numerous forms and copies leading me to believe that he would represent me moving forward. Yet, when I sent him a letter explaining that nothing had come about yet and the 2 year deadline was fast approaching, He declined to file on my behalf. Will develop claim further when I can utilize law library again.

I Reserve the right to properly develop all claims once the court orders or allows a brief in Support w/ memorandum of Authorities to be filed in due course

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of May, 2021.

_(Signature of Plaintiff)_

Jorge Yarra 68645-054
F.C.I Schylkill
P.O Box 759
Minersville, PA 17954

**RECEIVED**
**SCRANTON**
MAY 28 2021
PER _____
DEPUTY CLERK

% Clerk of Court
U.S. District Courthouse
Middle District of Pennsylvania
235 North Washington Ave
P.O. Box 1148
Scranton, P.A 18501